2014-1347

# United States Court of Appeals
*for the*
# Federal Circuit

UNITED ACCESS TECHNOLOGIES, LLC

                                                          Plaintiff-Appellant,

v.

CENTURYTEL BROADBAND SERVICES, LLC
and QWEST CORPORATION,

                                                      Defendants-Appellees.

*Appeals from the United States District Court for the District of Delaware in Case no. 1:11-cv-00339-LPS*
*Judge Leonard P. Stark*

**APPELLANT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE INITIAL FORMS**

Appellant United Access Technologies, LLC ("United Access") requests a one-week extension for filing its Docketing Statement, Certificate of Interest, and Notices of Appearance, currently due on March 25, 2014. Counsel for Appellees consented to this request. Appellant's request is not made for purposes of delay.

Appellant therefore requests that this motion be granted and the deadline for filing Appellant's Docketing Statement, Certificate of Interest, and Notices of Appearance be extended until April 1, 2014.

March 25, 2014　　　　　　　　　　　Respectfully submitted,

*/s/ Alfonso Garcia Chan*
ALFONSO GARCIA CHAN
*achan@shorechan.com*
JENNIFER M. RYNELL
*jrynell@shorechan.com*
RUSSELL DEPALMA
*rdepalma@shorechan.com*
SHORE CHAN DEPUMPO LLP
901 Main Street -Suite 3300
Dallas, Texas 75202
(214) 593-9110 Telephone
(214) 593-9111 Facsimile

**ATTORNEYS FOR PLAINTIFF-APPELLANT**
**UNITED ACCESS TECHNOLOGIES, LLC**

2014-1347

# United States Court of Appeals
*for the*
# Federal Circuit

UNITED ACCESS TECHNOLOGIES, LLC

                            Plaintiff-Appellant,

v.

CENTURYTEL BROADBAND SERVICES, LLC
and QWEST CORPORATION,

                            Defendants-Appellees.

*Appeals from the United States District Court for the District of Delaware in Case no. 1:11-cv-00339-LPS*
*Judge Leonard P. Stark*

## CERTIFICATE OF INTEREST

Counsel for Plaintiff-Appellant, United Access Technologies, LLC, certifies the following:

1.     The full name of every party or amicus represented by me is:

    United Access Technologies, LLC

2.     The name of the real party in interest represented by me is:

    United Access Technologies, LLC

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

Not applicable.

4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this Court are:

**United States District Judge**
Hon. Leonard P. Stark

**Shore Chan DePumpo LLP**
Michael W. Shore
Alfonso Garcia Chan
Jennifer M. Rynell
Russell DePalma
Daniel F. Olejko

**Stamoulis & Weinblatt LLC**
Stamatios Stamoulis
Richard Weinblatt

March 25, 2014

*/s/ Alfonso Garcia Chan*
Alfonso Garcia Chan

# **CERTIFICATE OF SERVICE**

I, Alfonso Garcia Chan, hereby certify on this 25th day of March, 2014, that I am electronically filing the attached **UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE INITIAL FORMS** using the Court's CM/ECF system and will send notification to the following via United States Mail:

*On behalf CenturyTel Broadband Services LLC and Qwest Corporation:*

Matt Neiderman
Gary William Lipkin
Benjamin A. Smyth
Duane Morris LLP
222 Delaware Avenue
Wilmington, DE 19801
Tel:  (302) 657-4900
Fax: (302) 657-4901

and

L. Norwood Jameson
Matthew C. Gaudet
David C. Dotson
1075 Peachtree Street, NE
Atlanta, GA 30309-3929
Tel: (404) 253-6900
Fax: (404) 253-6901

*/s/ Alfonso Garcia Chan*
Alfonso Garcia Chan
Jennifer M. Rynell
Russell J. DePalma
**SHORE CHAN DEPUMPO LLP**
901 Main Street, Suite 3300
Dallas, TX 75202
Telephone: (214) 593-9110
*Counsel for Appellant*
*United Access Technologies, LLC*

5